granted, *but only up to and including March 4, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0406/AR. U.S. v. Patrick A. Wright. CCA 20121075. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 4, 2014.

No. 14–0409/AF. U.S. v. Stephan H. Claxton. CCA 38188. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 10, 2014.

No. 14–0410/AF. U.S. v. Adam D. Yundt. CCA 38059. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 10, 2014.

No. 14–0411/AF. U.S. v. Joseph W. Yanez. CCA 38181. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 10, 2014.

No. 14–0413/AF. U.S. v. Jason A. Pate. CCA 38250. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 10, 2014.

No. 14–0414/AR. U.S. v. John P. Young. CCA 2010456. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 6, 2014.

No. 14–0415/AR. U.S. v. William E. Newton, Jr. CCA 20110499. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 6, 2014.

Thursday, February 20, 2014

No. 13–0512/AF. U.S. v Michael L. Knapp II. CCA 37718. On consideration of Appellee's petition for reconsideration of the Court's decision, 73 M.J. 33 (C.A.A.F. 2014), it is ordered that said petition for reconsideration is denied.